1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CRYSTAL LAKES,                              No.  2:16-cv-2989-MCE-GGH

12              Plaintiff,

13        v.                                     ORDER

14   BATH & BODY WORKS, LLC,

15              Defendant.

16

17        On this court's hearing calendar for March 15, is defendant's Motion for Clarification and

18   Reconsideration of this court's Order of January 23, 2018 regarding discovery.  ECF No. 42.

19   Pursuant to Eastern District of California Local Rule No. 230(c) plaintiff's Opposition or

20   Statement of Non-Opposition is due 14 days before that scheduled hearing, or on March 1, 2018.

21   Because the discovery cut-off in this matter is rapidly approaching, the court will require plaintiff

22   to file her opposition earlier than the schedule called for in the Rule, and any Reply from

23   defendant shall also be filed on a shortened schedule.  The hearing date will be vacated and the

24   court will rule on the motion without hearing, or rescheduling the hearing, whichever is

25   appropriate.

26        In light of the foregoing, IT IS HEREBY ORDERED that:

27        1.      Plaintiff shall file Opposition or a Statement of Opposition to defendant's Motion

28   for Clarification and Reconsideration within 7 days of the date of this Order;

1

1          2.        Defendant shall file any Reply within 3 days of the service of plaintiff's

2   Opposition;

3          3.        The March 15 hearing date is hereby vacated to be reset by the court if

4   appropriate.

5         **IT IS SO ORDERED.**

6   Dated: February 9, 2018

7                           <u>/s/ Gregory G. Hollows</u>
                            UNITED STATES MAGISTRATE JUDGE