UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL LAKES, | No. 2:16-cv-02989-MCE-GGH |
| Plaintiff, | |
| v. | ORDER |
| BATH & BODY WORKS, LLC, | |
| Defendant. | |

Plaintiff and defendant have stipulated to move the plaintiff's Motion for Sanctions and defendant's Motion to Compel now scheduled to be heard before this court on May 3, 2018 to the court's May 17, 2018 calendar at 9:30 a.m. Good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The two above-referenced matters are hereby vacated from the court's May 3, 2018 calendar;

2. Plaintiff's Motion for Sanctions and defendant's Motion to Compel are hereby set for hearing on the court's May 17, 2018 calendar at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: April 26, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE