# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL LAKES,<br><br>Plaintiff,<br><br>v.<br><br>BATH & BODY WORKS LLC,<br><br>Defendant. | No. 2:16-cv-02989 MCE GGH<br><br><br><br>ORDER |

Through a stipulation the parties to this action seek a second amendment to the Initial Pretrial Scheduling Order, ECF No. 4, as modified by the court's January 11, 2018 Order. ECF No. 35. After reviewing the stipulation the court finds there is good cause for such an amendment and that it will not interfere with other dates set by the district court.

IT IS THEREFORE ORDERED that:

1. Non-expert discovery must be completed, as that term is defined in the earlier scheduling order, by July 30, 2018;

2. Expert designations will be completed no later than September 29, 2018;

3. The last day to file dispositive motions in this matter is January 29, 2019,

4. All other deadlines will remain unchanged.

Dated: May 11, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE