UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL LAKES, | No. 2:16-cv-02989-MCE-GGH |
| Plaintiff, | |
| v. | ORDER |
| BATH & BODY WORKS, | |
| Defendant. | |

On January 23, 2018 the Magistrate Judge to whom this case was referred, pursuant to Eastern District of California Local Rule 302 and 28 U.S.C. section 636, issued an Order granting in part and denying in part plaintiff's Motion to Compel Discovery. ECF No. 40. Afterwards, defendant moved for Clarification before the Magistrate Judge, ECF No. 42, and an Order was issued granting the request for clarification, but affirming the initial Order and clarifying certain procedures to be followed in contacting non-party complainants. ECF. No. 48. Plaintiff has moved for Reconsideration of the Affirmance/Clarification Order before the District Judge, ECF No. 52.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(A), the undersigned has conducted review of this case. Having reviewed the file, the Magistrate Judge's Affirmance/Clarification Order , ECF No. 48, is neither clearly erroneous as to the facts nor contrary to law. The undersigned finds that movant failed to take the First Amendment issue

1

raised in both its initial Motion and Clarification Motion to the magistrate judge in the first instance, and there is insufficient good cause for having failed to do so.

In light of the foregoing IT IS HEREBY ORDERED that:

The plaintiff's Motion for Reconsideration, ECF. No. 52, is DENIED.

**IT IS SO ORDERED.**

Dated: May 23, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE