UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL LAKES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BATH AND BODY, LLC,<br><br>　　　　　　Defendant. | No. 2:cv-16-2989 MCE GGH<br><br><u>ORDER RE COMMENCEMENT OF TIME<br>PERIODS IN SCHEDULING ORDER</u> |

The District Judge's Scheduling Order, ECF No. 4, hinges the deadlines for other pertinent deadlines in this case on the close of non-expert discovery. By Order of 5/11/2018, ECF No. 66, non-expert discovery closes on July 30, 2018. No further extensions of non-expert discovery will be authorized absent compelling reasons. Even in the event that compliance with non-expert discovery orders requires actions past July 30, 2018, or even in the unlikely event that the court would permit some limited extension of the non-expert discovery period, the time periods in the Scheduling Order hinged to the close of non-expert discovery will commence running on July 30, 2018.

Dated: May 25, 2018

　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1