1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CRYSTAL LAKES,                       No.  2:16-cv-02989-MCE-GGH

12              Plaintiff,

13        v.                              ORDER PERMITTING FILING UNDER
                                          SEAL
14   BATH & BODY WORKS, LLC,

15              Defendant.

16

17        The court and counsel in the above-captioned matter held a telephone conference on June

18   14, 2018 with regard to the sealing of a future pleading, i.e., a motion to supplement the record.

19   See ECF No. 75.  As a result of the conference IT IS HEREBY ORDERD that:

20        1.      Plaintiff's unopposed request to file under seal unredacted copies of an as yet

21   unfiled Motion to Supplement the Record on the pending Motion for Sanctions, and the Exhibits

22   attached thereto, is GRANTED;[1]

23        2.      The Clerk of the Court shall, upon provision of the Motion by plaintiff, file it

24   under seal:

25        3.      Defendant shall have 14 days from the filing of the Motion to file an opposition

26   thereto if it so desires;

27   _____

28   [1] Defendant does not oppose the sealing, but does oppose any motion to supplement the record.

                                              1

4.     If defendant files an opposition, plaintiff shall have 7 days from that filing to file a reply if she so desires.

**IT IS SO ORDERED.**

Dated: June 15, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE