# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL LAKES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BATH & BODY WORKS, LLC, a Delaware limited liability company,<br><br>Defendant. | NO. 2:16-cv-02989-MCE-GGH<br><br>**ORDER ON THE PARTIES' JOINT AGREED EMERGENCY MOTION TO EXTEND THE EXPERT AND REBUTTAL EXPERT DISCLOSURES DEADLINES** |

This matter coming before the Court on the parties' Joint Agreed Emergency Motion to Extend the Expert and Rebuttal Expert Disclosures Deadlines, due notice having been given, the Court being fully apprised in the premises and good cause appearing therefore, **the Court hereby orders as follows:**

- The Court finds that an emergency exists as set forth in the parties' Joint Agreed Emergency Motion to Extend the Expert and Rebuttal Expert Disclosures Deadlines;

- The parties' Joint Agreed Emergency Motion to Extend the Expert and Rebuttal Expert Disclosures Deadlines is **GRANTED** as follows:

1

- The parties are granted a 16-day extension of time from September 29, 2018 through and including October 15, 2018 to disclose their expert witnesses and reports;
- The parties are granted a 16-day extension of time from October 30, 2018 through and including November 15, 2018 to disclose any rebuttal expert witnesses and reports;
- Defendant Bath & Body Works, LLC's Motion to Compel (Dkt. No. 104) and the accompanying Joint Statement Regarding Discovery Disagreements (Dkt. No. 105) are withdrawn by agreement of the parties; and,
- The October 18, 2018 at 2:00 p.m. hearing on Defendant Bath & Body Works, LLC's Motion to Compel (Dkt. No. 104) is stricken.

**IT IS SO ORDERED.**

Dated: September 25, 2018

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE