**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYSTAL LAKES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BATH & BODY WORKS, LLC, a Delaware limited liability company,<br><br>Defendant. | NO. 2:16-cv-02989-MCE-GGH<br><br>**ORDER ON THE PARTIES' JOINT AGREED MOTION TO SHORTEN THE TIME FOR BRIEFING AND RULING ON THE PARTIES' JOINT AGREED EMERGENCY MOTION TO EXTEND THE EXPERT AND REBUTTAL EXPERT DISCLOSURES DEADLINES (DKT. NO. 112)** |

This matter coming before the Court on the parties' Joint Agreed Motion to Shorten the Time for Briefing and Ruling on the Parties' Joint Agreed Emergency Motion to Extend the Expert and Rebuttal Expert Disclosures Deadlines (Dkt. No. 112), due notice having been given, the Court being fully apprised in the premises and good cause appearing therefore, **the Court hereby orders as follows:**

- The Court finds that an emergency exists as set forth in the parties' Joint Agreed Emergency Motion to Extend the Expert and Rebuttal Expert Disclosures Deadlines (Dkt. No. 112);

1

- The parties' Joint Agreed Motion to Shorten the Time for Briefing and Ruling on the Parties Joint Agreed Emergency Motion to Extend the Expert and Rebuttal Expert Disclosures Deadlines (Dkt. No. 112) is **GRANTED**;
- No further briefing is necessary on the parties' Joint Agreed Emergency Motion to Extend the Expert and Rebuttal Expert Disclosures Deadlines (Dkt. No. 112); and,
- The Court will rule at its earliest convenience on the Joint Agreed Emergency Motion to Extend the Expert and Rebuttal Expert Disclosures Deadlines (Dkt. No. 112);

**IT IS SO ORDERED.**

DATED: September 25, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE