DANIEL L. STANNER
Admitted *Pro Hac Vice*
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9450
Facsimile: (312) 762-9451
Email: dstanner@tdrlawfirm.com
Attorneys for Plaintiff,
CRYSTAL LAKES

DAVID S. OSTERMAN
Admitted *Pro Hac Vice*
GOLDBERG SEGALLA
301 Carnegie Center Drive, Suite 200
Princeton, NU 08540
Telephone: (609) 986-1310 x5710
Facsimile: (609) 986-1301
Email: dosterman@goldbergsegalla.com
Attorneys for Defendant,
BATH & BODY WORKS, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| CRYSTAL LAKES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BATH & BODY WORKS, LLC, a Delaware limited liability company,<br><br>Defendant. | NO. 2:16-cv-02989-MCE-GGH<br><br>**ORDER** |

**Good cause appearing therefore**, pursuant to the parties' stipulation (Dkt. No. 119) and Local Rule 271, the Court hereby orders as follows:

- Pursuant to Local Rule 271, this matter is referred to the Court's Voluntary Dispute Resolution Program ("VDRP") for mediation, negotiation, and/or settlement facilitation;

- Pursuant to Local Rule 271(e)(2), the Court or the VDRP Administrator shall assign a Neutral for VDRP proceedings;

1

- The parties shall complete the VDRP process no later than April 15, 2019;
- Pursuant to Local Rule 271(n)(1), the Neutral to be assigned to this matter for VDRP proceedings shall submit to the VDRP Administrator confirmation of the completion of VDRP proceedings no later 14 days after completion of the VDRP proceeding;
- All deadlines in the Court's prior scheduling orders (Dkt. Nos. 4, 66, 72, and 112) remain in full force and effect; and,
- No other pretrial activity needs to be completed before the VDRP session is held.

**IT IS SO ORDERED.**

**Dated: February 14, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE