DANIEL L. STANNER
Admitted *Pro Hac Vice*
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9450
Facsimile: (312) 762-9451

Attorneys for Plaintiff,
CRYSTAL LAKES

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| CRYSTAL LAKES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BATH & BODY WORKS, LLC, a Delaware limited liability company,<br><br>Defendant. | NO. 2:16-cv-02989-MCE-AC<br><br>**ORDER ON REQUEST TO SEAL DOCUMENTS** |

This matter comes before the Court on Plaintiff's REQUEST TO SEAL DOCUMENTS (ECF No. 121).

Upon consideration of said REQUEST TO SEAL DOCUMENTS, and the entire record of the case, it is hereby **ORDERED** as follows**:**

Plaintiff's REQUEST TO SEAL the entirety of Plaintiff's Motion for an Adverse Inference Pursuant to Rule 37 and all exhibits is **GRANTED** until further order of the Court.

IT IS SO ORDERED.

Dated: February 26, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE