1  DANIEL L. STANNER
   Admitted *Pro Hac Vice*
2  TABET DIVITO & ROTHSTEIN LLC
   209 S. LaSalle Street, 7th Floor
3  Chicago, IL  60604
   Telephone: (312) 762-9450
4  Facsimile: (312) 762-9451

5  Attorneys for Plaintiff,
   CRYSTAL LAKES

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL LAKES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BATH & BODY WORKS, LLC, a Delaware limited liability company,<br><br>Defendant. | NO. 2:16-cv-02989-MCE-AC<br><br>**ORDER ON REQUEST TO SEAL DOCUMENTS** |

This matter comes before the Court on Plaintif's REQUEST TO SEAL DOCUMENTS (ECF No. 127).

Upon consideration said REQUEST TO SEAL DOCUMENTS, and the entire record of the case, it is hereby **ORDERED** as follows**:**

Plaintiff's REQUEST TO SEAL the entirety of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Apply Ohio Law to Plaintiff's Punitive Damages Claim ("Opposition") and Exhibits 1, 2, 3, 6, and 7 to the Opposition is **GRANTED** until further order of the Court.

IT IS SO ORDERED.

Dated:  February 26, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

439093v5