DANIEL L. STANNER
Admitted *Pro Hac Vice*
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9450
Facsimile: (312) 762-9451

Attorneys for Plaintiff,
CRYSTAL LAKES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL LAKES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BATH & BODY WORKS, LLC, a Delaware limited liability company,<br><br>Defendant. | NO. 2:16-cv-02989-MCE-AC<br><br>**ORDER ON REQUEST TO SEAL DOCUMENTS** |

This matter comes before the Court on the NOTICE OF REQUEST TO SEAL DOCUMENTS and accompanying REQUEST TO SEAL DOCUMENTS. Upon consideration of the REQUEST TO SEAL DOCUMENTS, and the entire record of the case, it is hereby ordered that the REQUEST TO SEAL the entirety of Plaintiff's Reply in Support of Her Motion for an Adverse Inference Pursuant to Rule 37 and Exhibits 11 through 14 is GRANTED until further order of the Court;

IT IS SO ORDERED.

Dated: March 4, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

439093v5