CATHARINE A. CHING (SB139963)
cching@travelers.com
**LAW OFFICES OF JOHN A. BIARD**
11070 White Rock Road, Suite 200
Rancho Cordova, California 95670
Telephone: (916) 638-6614
Facsimile: (855) 631-5920

DAVID S. OSTERMAN (*pro hac vice*)
*dosterman@goldbergsegalla.com*
DANIEL IAN MEE (*pro hac vice*)
*dmee@goldbergsegalla.com*
**GOLDBERG SEGALLA LLP**
301 Carnegie Center Drive, Suite 200
Princeton, New Jersey 08540
Telephone: (609) 986-1300
Facsimile: (609) 986-1301

**Attorneys for Defendant
BATH & BODY WORKS, LLC**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL LAKES, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BATH & BODY WORKS, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.: 2:16-cv-02989-MCE-AC <br><br> **ORDER ON REQUEST TO SEAL DOCUMENTS** <br><br> Action Filed: October 4, 2016 |

/ / /

- 1 -
ORDER ON REQUEST TO SEAL DOCUMENTS

22267654.v1

| | |
|---|---|
| 1 | This matter comes before the Court on Defendant BATH & BODY WORKS, LLC's |
| 2 | NOTICE OF REQUEST TO SEAL DOCUMENTS and accompanying REQUEST TO |
| 3 | SEAL DOCUMENTS (Dkt. 128). |
| 4 |     Upon consideration of the REQUEST TO SEAL DOCUMENTS, and the entire |
| 5 | record of the case, it is hereby ORDERED as follows: |
| 6 |     ORDERED that the REQUEST TO SEAL the entirety of Defendants' Opposition |
| 7 | to Plaintiff's Motion for an Adverse Inference, Declaration of Daniel I. Mee, dated |
| 8 | February 21, 2019, and all exhibits ("A" through "E") is GRANTED until further order |
| 9 | of the Court; |
| 10 |     IT IS SO ORDERED. |
| 11 | Dated: March 20, 2019 |

                                         MORRISON C. ENGLAND, JR
                                         UNITED STATES DISTRICT JUDGE