| | |
|---|---|
| 1 | DANIEL L. STANNER |
| | Admitted *Pro Hac Vice* |
| 2 | TABET DIVITO & ROTHSTEIN LLC |
| | 209 S. LaSalle Street, 7th Floor |
| 3 | Chicago, IL 60604 |
| | Telephone: (312) 762-9450 |
| 4 | Facsimile: (312) 762-9451 |
| | Email: dstanner@tdrlawfirm.com |
| 5 | Attorneys for Plaintiff, |
| | CRYSTAL LAKES |
| 6 | |
| | DAVID S. OSTERMAN |
| 7 | Admitted *Pro Hac Vice* |
| | GOLDBERG SEGALLA |
| 8 | 301 Carnegie Center Drive, Suite 200 |
| | Princeton, NU 08540 |
| 9 | Telephone: (609) 986-1310 x5710 |
| | Facsimile: (609) 986-1301 |
| 10 | Email: dosterman@goldbergsegalla.com |
| | Attorneys for Defendant, |
| 11 | BATH & BODY WORKS, LLC |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| CRYSTAL LAKES, an individual, | NO. 2:16-cv-02989-MCE-AC |
| Plaintiff, | |
| v. | **ORDER ON THE PARTIES' AMENDED STIPULATION REQUESTING AN EXTENSION OF TIME ON THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO EXCLUDE THE TESTIMONY AND OPINIONS OF PLAINTIFF'S EXPERTS (DKT. NOS. 148-150)** |
| BATH & BODY WORKS, LLC, a Delaware limited liability company, | |
| Defendant. | |

**Good cause appearing therefore**, pursuant to the parties' Amended Stipulation (Dkt. No. 156), the Court hereby orders that the briefing schedule on Defendant's Motions to Exclude the Opinions and Testimony of Plaintiff's Experts John Golder (Dkt. No. 148), Dr. Vimal K. Murthy (Dkt. No. 149), and David Xu, Ph.D. (Dkt. No. 150) is extended as follows:

    1.    Plaintiff shall file her oppositions to Defendant's Motions to Exclude the

Opinions and Testimony of Plaintiff's Experts John Golder (Dkt. No. 148), Dr. Vimal K. Murthy (Dkt. No. 149), and David Xu, Ph.D. (Dkt. No. 150) on or before October 10, 2019; and,

2. Defendant shall file its replies in support of its Motions to Exclude the Opinions and Testimony of Plaintiff's Experts John Golder (Dkt. No. 148), Dr. Vimal K. Murthy (Dkt. No. 149), and David Xu, Ph.D. (Dkt. No. 150) on or before October 31, 2019.

**IT IS SO ORDERED.**

**Dated: October 28, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE