DANIEL L. STANNER
Admitted *Pro Hac Vice*
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL  60604
Telephone: (312) 762-9450
Facsimile: (312) 762-9451
E-mail: dstanner@tdrlawfirm.com

Attorneys for Plaintiff,
CRYSTAL LAKES

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL LAKES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BATH & BODY WORKS, LLC, a Delaware limited liability company, <br><br> Defendant. | NO. 2:16-cv-02989-MCE-AC <br><br> **ORDER ON REQUEST TO SEAL DOCUMENTS** |

This matter comes before the Court on the NOTICE OF REQUEST TO SEAL DOCUMENTS and accompanying REQUEST TO SEAL DOCUMENTS.

Upon consideration of the REQUEST TO SEAL DOCUMENTS, and the entire record of the case, it is hereby **ORDERED** as follows**:**

ORDERED that the REQUEST TO SEAL Plaintiff's Reply In Support Of Her Motion For A Rule To Show Cause As To Why Defendant Should Not Be Held In Contempt And Sanctioned For Its Repeated Misrepresentations To The Court and Exhibits D and F thereto is **GRANTED** until further order of the Court.

IT IS SO ORDERED.

Dated:  May 29, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

439093v5

1

[PROPOSED] ORDER ON REQUEST TO SEAL DOCUMENTS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28