JEFFREY M. VUCINICH, ESQ. BAR#: 67906
jvucinich@clappmoroney.com
ELIZABETH D. RHODES, ESQ. BAR#: 218480
erhodes@clappmoroney.com
CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400 (650) 989-5499 FAX

Attorneys for Defendant
BATH & BODY WORKS, LLC

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL LAKES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BATH & BODY WORKS, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:16-cv-02989-MCE-AC<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME FOR HEARING AND OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY [ECF NO. 178]; ORDER THEREON**<br><br>[Civil L. R. 7-11]<br><br>Complaint filed: 10/04/2014<br><br>Trial date: N/A |

Plaintiff CRYSTAL LAKES' PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY [ECF No. 178] is currently pending for hearing on October 15, 2020, so that opposition is due no later than October 1, 2020. As of September 22, 2020, moving defendant BATH & BODY WORKS has substituted in new counsel, Jeffrey M. Vucinich and Elizabeth D. Rhodes, to take over the defense of this matter.[ECF No. 179] Mr. Vucinich and Ms. Rhodes have conferred with plaintiff's counsel Daniel L. Stanner, Esq., and Mr. Stanner has graciously agreed to allow a 30 day

1  continuance if this Court will permit the extension.  Good cause exists to continue the
2  hearing as new counsel has had no time to review the contents of the motion that is
3  pending, and time is needed to review the voluminous file in this matter.  The signing of
4  this motion sets forth the parties' agreement and stipulation to this 30-day continuance.
5  Administrative relief is therefore respectfully requested, in the form of a continuance of the
6  motion date from October 15, 2020, to a date 30 days forward, within this Court's
7  discretion, or on November 12, 2020.

                                                    Respectfully submitted,

Dated: September 25, 2020                  CLAPP, MORONEY, VUCINICH,
                                                  BEEMAN and SCHELEY

                                                  By:  */s/ Jeffrey M. Vucinich*
                                                       JEFFREY M. VUCINICH, ESQ.
                                                       ELIZABETH D. RHODES, ESQ.
                                                       Attorneys for Defendant
                                                       BATH & BODY WORKS, LLC

Dated: September 25, 2020                  TABET DIVITO & ROTHSTEIN, LLC

                                                  By:  */s/ Daniel L. Stanner*
                                                       DANIEL L. STANNER, ESQ.
                                                       Attorneys for Plaintiff, CRYSTAL LAKES

**ORDER**

In accordance with the foregoing stipulated motion, and good cause appearing, IT IS HEREBY ORDERED THAT the hearing on plaintiff's Motion for Leave to Conduct Limited Discovery [ECF No. 178] is continued to November 12, 2020, at 2:00 p.m.., in Courtroom 7. All filing dates are to be calculated pursuant to that continued date.

IT IS SO ORDERED.

Dated: October 6, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE