1  DANIEL L. STANNER
   Admitted *Pro Hac Vice*
2  TABET DIVITO & ROTHSTEIN LLC
   209 S. LaSalle Street, 7th Floor
3  Chicago, IL  60604
   Telephone: (312) 762-9450
4  Facsimile: (312) 762-9451
   Email:  dstanner@tdrlawfirm.com
5  Attorneys for Plaintiff,
   CRYSTAL LAKES
6
   DAVID S. OSTERMAN
7  Admitted *Pro Hac Vice*
   GOLDBERG SEGALLA
8  301 Carnegie Center Drive, Suite 200
   Princeton, NU 08540
9  Telephone:  (609) 986-1310 x5710
   Facsimile:  (609) 986-1301
10 Email:  dosterman@goldbergsegalla.com
   Attorneys for Defendant,
11 BATH & BODY WORKS, LLC

12              **UNITED STATES DISTRICT COURT**
        **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**
13

14 CRYSTAL LAKES, an individual,          NO. 2:16-cv-02989-MCE-AC

15              Plaintiff,

16       v.                               **STIPULATION AND [~~PROPOSED~~] ORDER
                                          REQUESTING AN EXTENSION FOR
17 BATH & BODY WORKS, LLC, a              HEARING AND PLAINTIFF'S REPLY IN
   Delaware limited liability company,   SUPPORT OF HER MOTION FOR LEAVE TO
18                                        CONDUCT LIMITED DISCOVERY (Dkt. No.
                Defendant.               178)**
19

20

21       Pursuant to Local Rules 143 and 144, it is hereby stipulated and agreed by and

22 between Plaintiff Crystal Lakes ("Plaintiff") and Defendant Bath & Body Works, LLC

23 ("Defendant"), through their undersigned counsel, that parties request that the Court

24 continue the hearing on Plaintiff's Motion for Leave to Conduct Limited Discovery (Dkt.

25 No. 178) (the "Motion") to December 16, 2020 at 10:00 a.m.[1]  The grounds for this

26 continuance are that despite Plaintiff's diligence, due to several other matters that have

27

   ───────────────────────
28 [1]       The Motion has been submitted without oral argument pursuant to the Judge Claire's order.  (Dkt.
   No. 184.)

                                    1

required Plaintiff's counsel's immediate attention, Plaintiff will be unable to file her reply in support of the Motion on or before the current November 25, 2020 deadline.  (*See* Dkt. No. 190.)  Defendant previously sought two continuances of the hearing date by stipulation to allow it to file its opposition to the Motion.  (Dkt. Nos. 182 and 190.)  The parties stipulate that the ends of justice will be served by this continuance so that Plaintiff's counsel may have reasonable time necessary for effective preparation and filing of a proper reply brief in support of the Motion.  The parties further stipulate that no party will suffer any prejudice if the requested continuance is granted.  Accordingly, for these reasons and for good cause stated herein, by stipulation, the parties request that the Court continue hearing on the Motion to December 16, 2020 to allow Plaintiff to file her reply brief in support of the Motion no later than December 9, 2020.

**IT IS SO STIPULATED.**

Dated:  November 24, 2020          **TABET DIVITO & ROTHSTEIN LLC**

By:  /s/ Daniel L. Stanner
          DANIEL L. STANNER
          Attorneys for Plaintiff,
          CRYSTAL LAKES

Dated:  November 24, 2020          **CLAPP MORONY VUCINICH BEEMAN SCHELEY**

By:  /s/ Elizabeth D. Rhodes
          ELIZABETH D. RHODES
          Attorneys for Defendant,
          BATH & BODY WORKS, LLC

1

**[~~PROPOSED~~] ORDER**

2

 **Good cause appearing therefore**, pursuant to the parties' Amended Stipulation,

3

4

the Court hereby continues the hearing on Plaintiff's Motion for Leave to Conduct

Limited Discovery (Dkt. No. 178) to December 16, 2020 at 10:00 a.m. in Courtroom 26.

5

6

All filing dates are to be calculated pursuant to that continued date.

7

 **IT IS SO ORDERED.**

8

**DATED:** November 24, 2020

9

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3