DANIEL L. STANNER
Admitted *Pro Hac Vice*
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL  60604
Telephone: (312) 762-9450
Facsimile: (312) 762-9451
Email:  dstanner@tdrlawfirm.com
Attorneys for Plaintiff,
CRYSTAL LAKES

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL LAKES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BATH & BODY WORKS, LLC, a Delaware limited liability company,<br><br>Defendant. | NO. 2:16-cv-02989-DJC-AC<br><br>**ORDER ON PLAINTIFF'S REQUEST TO SEAL DOCUMENTS** |

IT IS HEREBY ORDERED that the Request to Seal Exhibits 1 and 2 to Plaintiff Crystal Lakes provides Plaintiff's Opposition to Defendant's Motion to Exclude the Opinions and Testimony of Plaintiff's Expert, John Golder (ECF No. 234) be granted.

Accordingly, Exhibits 1 and 2 to Plaintiff Crystal Lakes provides Plaintiff's Opposition to Defendant's Motion to Exclude the Opinions and Testimony of Plaintiff's Expert, John Golder (ECF No. 234) are to be placed under seal, accessible only by the Court, the Parties, and Counsel of record for the Parties, respectively, until further Order of the Court.

**IT IS SO ORDERED.**

Dated:  March 20, 2024        /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE

1