| | |
|---|---|
| DANIEL L. STANNER<br>Admitted *Pro Hac Vice*<br>TABET DIVITO & ROTHSTEIN LLC<br>209 S. LaSalle Street, 7th Floor<br>Chicago, IL  60604<br>Telephone: (312) 762-9450<br>Facsimile: (312) 762-9451<br>Email:  dstanner@tdrlawfirm.com<br>Attorneys for Plaintiff,<br>CRYSTAL LAKES | JEFFREY M. VUCINICH, ESQ., BAR#: 67906<br>jvucinich@clappmoroney.com<br>KRISTOPHER D.R. DOODHA, ESQ., BAR#: 339601<br>kdoodha@clappmoroney.com<br>CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY<br>A PROFESSIONAL CORPORATION<br>1730 S. El Camino Real, Suite 500<br>San Mateo, CA 94402<br>Tel: (650) 989-5400<br>Fax: (650) 989-5499<br><br>Attorneys for Defendant<br>BATH & BODY WORKS, LLC |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| CRYSTAL LAKES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BATH & BODY WORKS, LLC, a Delaware limited liability company,<br><br>Defendant. | NO. 2:16-cv-02989-DJC-AC<br><br>**ORDER CONCERNING WITNESS TESTIMONY VIA VIDEOTAPED DEPOSITION OR VIA LIVE VIDEOCONFERENCE** |

**Good cause appearing therefore**, pursuant to the parties' Stipulation, the parties shall be permitted to present to the jury (1) the pre-recorded video testimony of Robert Harrington and Norman Panting at trial, and (2) the videotaped deposition testimony identified in the Joint Pretrial Statement, subject to the Court resolving any proper objections.

**IT IS SO ORDERED.**

Dated:  March 28, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE