DANIEL L. STANNER
Admitted *Pro Hac Vice*
dstanner@tdrlaw.com
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL  60604
Telephone: (312) 762-9450
Facsimile: (312) 762-9451

WHITNEY A. DAVIS
whit@ekdlaw.com
EGGLESTON KING DAVIS, LLP
Weatherford, TX 76086
Telephone: (817) 596-4200
Facsimile: (817) 596-4269

Attorneys for Plaintiff,
CRYSTAL LAKES

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYSTAL LAKES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BATH & BODY WORKS, LLC, a Delaware limited liability company,<br><br>Defendant. | NO. 2:16-cv-02989-DJC-AC<br><br>**ORDER** |

Upon consideration of the Parties' **JOINT MOTION TO MODIFY THE COURT'S PRETRIAL ORDER** the Court is of the opinion that the motion should be granted.

Accordingly, the deadlines for the pretrial documents due for filing on April 3, 2024, are now due Friday, April 5, 2024. No other deadlines are modified.

**IT IS SO ORDERED.**

Dated:  April 5, 2024           /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE

1
**ORDER**