1  DANIEL L. STANNER
   Admitted Pro Hac Vice
2  dstanner@tdrlaw.com
   TABET DIVITO & ROTHSTEIN LLC
3  209 S. LaSalle Street, 7th Floor
   Chicago, IL  60604
4  Telephone: (312) 762-9450
   Facsimile: (312) 762-9451
5
   WHITNEY A. DAVIS
6  whit@ekdlaw.com
   EGGLESTON KING DAVIS, LLP
7  Weatherford, TX 76086
   Telephone: (817) 596-4200
8  Facsimile: (817) 596-4269
   Attorneys for Plaintiff,
9  CRYSTAL LAKES

10                 **UNITED STATES DISTRICT COURT**

11                 **EASTERN DISTRICT OF CALIFORNIA**

12  CRYSTAL LAKES,                          Case No.:  2:16-cv-02989-DJC-AC

13      Plaintiff,

14      v.                                  **ORDER**

15  BATH & BODY WORKS, LLC,

16      Defendant.

17

18      After considering the Agreed Motion to Dismiss with Prejudice, with each party to

19  bear their on costs of suit and attorneys' fees, the court finds that the motion should be

20  granted. Accordingly, all claims brought by Plaintiff Crystal Lakes against Defendant

21  Bath & Body Works, LLC in this cause of action are dismissed with prejudice on

22  stipulation signed by all Parties having entered an appearance pursuant to Rule 41(a) of

23  the Federal Rules of Civil Procedure.

24      IT IS SO ORDERED.

25

26  Dated:  April 9, 2024                   /s/ Daniel J. Calabretta
                                            _____
27                                          THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE
28

                                     1